UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

DAVID STEPHENS,

            Petitioner,                          NOTICE OF MOTION TO
                                                    FILE UNDER SEAL

            -against-

SUPERINTENDENT,                              04 Civ. 1443 (TJM GHL)

            Respondent.

----------------------------------------------------X

PLEASE TAKE NOTICE that, based on the need to protect the privacy of the complainant, a victim of a sex offense, and as required by New York Civil Rights Law § 50-b, which provides that "No report, paper, picture, photograph, court file or other documents, in the custody or possession of any public officer or employee, which identifies such a victim shall be made available for public inspection," respondent, Eliot Spitzer, will move this Court, at the United States Courthouse, Syracuse, New York, on April 21, 2005, or on submission at a time to be set by this Court, for an order to file the state court record, including the transcript, in the above captioned case under seal.

Dated: New York, NY
       March 15, 2005

RECEIVING NO RESPONSE FROM PETITIONER, AND FINDING GOOD CAUSE EXISTS IN SUPPORT OF RESPONDENT'S MOTION TO FILE UNDER SEAL, THAT MOTION IS GRANTED.

SO ORDERED

*/s/ George H. Lowe*
George H. Lowe
U.S. Magistrate Judge
Dated: April 5, 2005
       Syracuse, New York

ELIOT SPITZER
Attorney General of the State of New York
Attorney for Respondent
120 Broadway
New York, New York 10271
(212) 416-8624

By:
/s Luke Martland
Luke Martland
Assistant Attorney General