# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**David Stephens**

   vs.

**Superintendent**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:04-CV-1443

____   **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THIS COURT ADOPTS THE REPORT-RECOMMENDATION AND DISMISSES THE PETITION.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 19, 2008.

Dated: March 19, 2008

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By: Deputy Clerk